**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorney for Plaintiff,
**MARIA D. GRAHAM**

**SQUIRE PATTON BOGGS (US) LLP**
Sean P. Conboy, Esq. (SBN 214487)
sean.conboy@squirepb.com
Anthony P. Greco, Esq. (SBN 296398)
anthony.greco@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:   (213) 624-2500
Facsimile:   (213) 623-4581

Attorneys for Defendant,
**VOLKSWAGEN GROUP OF AMERICA, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. GRAHAM, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; and DOES 1 through 10, inclusive,<br>　　　　　　　Defendants. | Case No. 5:22-cv-01501<br><br>*Assigned to the Hon. John W. Holcomb Magistrate Judge Karen L. Stevenson in Courtroom 9D*<br><br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, MARIA D. GRAHAM, and Defendant, VOLKSWAGEN GROUP OF AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and future deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Dated: October 16, 2023         QUILL & ARROW LLP

                                By */s/ Kevin Jacobson*
                                Kevin Y. Jacobson, Esq.
                                Attorney for Plaintiff
                                MARIA D. GRAHAM

Dated: October 16, 2023         SQUIRE PATTON BOGGS (US) LLP

                                By: */s/ Anthony P.Greco*
                                Sean P. Conboy, Esq.
                                Anthony P. Greco, Esq.
                                Attorneys for Defendant
                                VOLKSWAGEN GROUP OF AMERICA, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071, which is located in the county where any non-personal service described below took place.

On October 16, 2023, a copy of the following document(s):

**JOINT NOTICE OF SETTLEMENT**

was served on:

| | |
|---|---|
| Kevin Y. Jacobson, Esq.<br>QUILL & ARROW, LLP<br>10900 Wilshire Boulevard, Suite 300<br>Los Angeles, CA 90024<br>Tel.: (310) 933-4271<br>Fax: (310) 889-0645<br>e-service@quillarrowlaw.com<br>kjacobson@quillarrowlaw.com | *Attorneys for Plaintiff,*<br>**MARIA D. GRAHAM** |

Service was accomplished as follows:

☒ **By Electronic Mail.** I caused the document(s) to be transmitted by electronic mail to the e-mail addresses for each party indicated on the attached service list pursuant to Fed. R. Civ. P. 5(b)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 16, 2023, at Los Angeles, California.

_____
Eric Rojas

3

**JOINT NOTICE OF SETTLEMENT**

1098322914\1\AMERICAS