**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorney for Plaintiff,
**MARIA D. GRAHAM**

Anthony Paul Greco, Esq.
Anthony.greco@squirepb.com
Sean P. Conboy, Esq.
Sean.convoy@squirepb.com
**SQUIRE PATTON BOGGS US LLC**
555 South Flower Street 31st Floor
Los Angeles, CA 90071

Attorneys for Defendant,
**VOLKSWAGEN GROUP OF AMERICA, INC.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. GRAHAM, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, <br><br> Defendants. | Case No: 5:22-CV-01501-JWH-KS <br><br> District Judge: John W. Holcomb <br> Magistrate Judge: Karen L. Stevenson <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, MARIA D. GRAHAM, and Defendant, FORD MOTOR COMPANY, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:  December 1, 2023          **SQUIRE PATTON BOGGS US LLP**

By:    */s/ Anthony Paul Greco*
       Anthony Paul Greco, Esq.
       Sean P. Convoy, Esq.
       Attorneys for Defendant
       VOLKSWAGEN GROUP OF AMERICA, INC.

Dated:  December 1, 2023          **QUILL & ARROW LLP**

By:    *Kevin Y. Jacobson*
       Kevin Y. Jacobson, Esq.
       Attorney for Plaintiff
       MARIA D. GRAHAM