JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. GRAHAM, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants, | Case No.: <u>5:22-cv-01501-JWH-KS</u><br><br>*Assigned to the Hon. John W. Holcomb and Karen L. Stevenson*<br><br>**ORDER OF DISMISSAL** |

Based upon the stipulation of the parties, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** as follows:

1. The stipulation is **APPROVED**.
2. The entire action, including all claims and counterclaims stated herein against all parties, is **DISMISSED with prejudice**, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: December 6, 2023      By: _____
                                 John W. Holcomb
                                 U.S. DISTRICT JUDGE